IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

PHILLIP BATES                                                                                       PLAINTIFF

        v.                         Civil No. 6:09-cv-06043

SHERIFF LARRY SANDERS;
and CAPTAIN MEL STEED                                                                DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

      Plaintiff, Phillip Bates, filed this civil rights action pursuant to the terms of 42 U.S.C. § 1983. He proceeds *pro se* and *in forma pauperis*. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3)(2007), the Honorable Robert T. Dawson, United States District Judge, referred this case to the undersigned for the purpose of making a report and recommendation.

      When he filed this action, Plaintiff was incarcerated in the Randall Williams Correctional Facility, a unit of the Arkansas Department of Correction, at Pine Bluff, Arkansas. The claims asserted in this case, arose while Plaintiff was incarcerated in the Garland County Detention Center. Specifically, Plaintiff maintains his constitutional rights were violated by the Defendants' failure to provide him with adequate medical care.

      On December 29, 2009, mail sent by the Court to the Plaintiff at the Randall Williams Correctional Facility was returned as undeliverable and marked return to sender--paroled. On March 18, 2010, Defendants filed a motion for summary judgment (Doc. 12).

      On March 24, 2010, an order was entered (Doc. 15) by the Court directing Plaintiff to sign and return a notice acknowledging receipt of the summary judgment motion and to advise the Court

whether he intended to respond on his own to the motion or if he wanted the Court's assistance by the preparation of a questionnaire. On April 1, 2010, the Court's order was returned as undeliverable and marked return to sender--paroled.

The Court has not had a valid address on the Plaintiff since at least December 29, 2009. When he filed this case, Plaintiff was advised that he had an obligation to keep the Court and opposing counsel informed of his current address and phone number. *See also Rule 5.5(c) of the Local Rules for the Eastern and Western Districts of Arkansas.*

I recommend that this case be dismissed based on the Plaintiff's failure to prosecute this case and his failure to keep the Court informed of his address. Fed. R. Civ. P. 41(b).

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 14th day of April 2010.

>/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE