IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

PHILLIP BATES                                              PLAINTIFF

    V.                          Civil No. 09-6043

SHERIFF LARRY SANDERS and
CAPTAIN MEL STEED                                          DEFENDANTS


O R D E R

On this 4th day of May 2010, there comes on for consideration the report and recommendation filed in this case on April 14, 2010, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas.  (Doc. 16).  No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety.  Accordingly, Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute and for failure to keep the Court informed of his current address.  *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

                         /s/ Robert T. Dawson
                         Honorable Robert T. Dawson
                         United States District Judge